Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
(602) 264-4965
ARIZONA STATE BAR NO. 007356
Facsimile (602) 277-0144
e-mail michael@mcarmellaw.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GONZALEZ, INC., d/b/a GOLDEN STATE TRANSPORTATION, a California corporation,<br><br>            Debtor. | Chapter 11 Proceedings<br><br>Case No. 02-15508 PHX GBN<br><br>**NOTICE OF FILING DEBTOR'S SCHEDULES A, B, D, E, F, G and H, LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF FINANCIAL AFFAIRS** |

      Debtor, GONZALEZ, INC., d/b/a GOLDEN STATE TRANSPORTATION, a California corporation, hereby gives notice of filing its Schedules A, B, D, E, F, G and H, List of Equity Security Holders, and Statement of Financial Affairs, attached hereto and incorporated herein by this reference.

      DATED this 28th day of October 2002.

                      MICHAEL W. CARMEL, LTD.


                      /s/ <u>Carmel, M.W. (007356)</u>
                      Michael W. Carmel
                      80 East Columbus Avenue
                      Phoenix, AZ 85012-2334
                      Attorney for Debtor

1  COPY of the foregoing mailed
   on October 28, 2002, to:
2
   Larry Watson, Esq.
3  Office of the United States Trustee
   P.O. Box 36170
4  Phoenix, Arizona 85067-6170

5  Wallace Kliendienst, Esq.
   405 W. Congress, Suite 4800
6  Tucson, Arizona 85701
   Attorney for U.S. Government
7
   Susan Freeman, Esq.
8  LEWIS and ROCA LLP
   40 North Central
9  Phoenix, Arizona 85004-4429
   Attorneys for Greyhound Lines, Inc.
10
   By /s/ Nancy G. Forty
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTACHMENTS
TOO
VOLUMINOUS
TO
FILE
ELECTRONICALLY
PLEASE
REFER
TO
COURT
FILE