MILES L. KAVALLER, ESQ.
State Bar No. 73950
Miles L. Kavaller, A Professional Law Corp.
15915 Ventura Blvd., Suite 201
Encino, CA 91436-2741
Telephone: 818-728-4821
Fax: 818-728-4672
E-mail: mkavaller@earthlink.net

Attorney for Antonio Gonzalez and
Transportes Aztecas, De Oro, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

GONZALEZ, INC., d/b/a GOLDEN STATE TRANSPORTATION, a California Corp.,

Debtor.

) Chapter 11 Proceeding
)
)
) Case No. 02-15508-PHX-GBN
)
) **OPPOSITION OF ANTONIO GONZALEZ AND TRANSPORTES AZTECA DE ORO, INC. TO: (1) DEBTOR'S MOTION FOR OSC RE TRESPASS, ETC.; AND (2) DEBTOR'S MOTION FOR ASSUMPTION, ETC. OF REAL ESTATE LEASES.**
)
) Date: November 25, 2002
) Time: 9:45 A.M.
) Place: Hearing Room No. 4

Respondents Antonio Gonzalez and Transportes Aztecas De Oro, Inc. (hereinafter referred to collectively as "Gonzalez" or "Respondents") submit the following OPPOSITION to the Debtor's Motions for: (1) OSC re Trespass, etc.; and (2) Assumption and Assignment of Nonresidential Leases.

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

NOTICE THAT EITHER EXHIBITS TO THIS ELECTRONICALLY FILED DOCUMENT ARE NOT ATTACHED OR ALL PAGES OF THIS DOCUMENT ARE NOT ATTACHED.

There were either one or more exhibits and/or other attachments filed with this pleading or the document filed consisted of pages too numerous for the clerk to scan and electronically file as part of the pleading. Paper copies of the exhibits or the entire document are maintained at the Office of the Clerk. They may be reviewed at that office 9:00 a.m. to 4:00 p.m., Monday to Friday, at 2929 North Central Avenue, Ninth Floor, Phoenix, Arizona, or you may arrange to obtain copies from the filing attorney.

CLERK OF COURT