David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| GONZALEZ, INC. A CALIF. CORPORATION | Case No. 02-15508-PHX CGC |
| GONZALEZ, INC., DBA GOLDEN STATE TRANSPORTATION<br>Debtor(s). | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 705 | 05/13/09 | GOLDEN STATE TRANSPORTATION<br>1901 BLAKE AVE.<br>LOS ANGELES, CA 90039 | $32.96 |
| 713 | 05/13/09 | PACIFIC WASTE SERVICES<br>P.O. BOX 967<br>CHULA VISTA, CA 91912 | $3.69 |
| 714 | 05/13/09 | ANTONIO GONZALEZ & TRANSPORTES AZTECAS<br>C/O TAYLOR ASHWORTH, ESQ.<br>2929 N. CENTRAL, FLOOR 21<br>PHOENIX, AZ 85012 | $3,861.24 |
| 719 | 05/13/09 | SBC PACIFIC BELL<br>ATTN: BANKRUPTCY RECOVERY CENTER<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95851 | $135.20 |
| 721 | 05/13/09 | CITIBANK USA, N.A.<br>ASSOC. TEXACO PAYMENT CENTER<br>4300 WESTOWN PARKWAY<br>WEST DES MOINES, IA 50266 | $829.64 |

Case #02-15508-PHX CGC
Gonzalez, Inc.
Unclaimed Funds Continued
Page -2-

| | | | |
|---|---|---|---|
| 730 | 05/13/09 | JOSE ALFREDO AQUIRRE GONZALES<br>6133 W. MULBERRY<br>PHOENIX, AZ 85033 | $22.04 |
| 741 | 05/13/09 | MALDONADO BUS REPAIRS<br>1124 E. SLAUSON AVE.<br>LOS ANGELES, CA 90011 | $1,579.19 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $6,463.96 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| December 23, 2009 | /s/ David A. Birdsell |
| DATE | DAVID A. BIRDSELL, TRUSTEE |